POLLACK SOLOMON DUFFY LLP
JOSHUA L. SOLOMON (admitted *pro hac vice*)
133 Federal Street
Boston, MA  02110
Telephone:     (617) 439-9800
Email:          jsolomon@psdfirm.com

ROPES & GRAY LLP
ROCKY C. TSAI (CA Bar No. 221452)
Three Embarcadero Center, Ste. 300
San Francisco, CA  94111-4006
Telephone:     (415) 315-6300
Facsimile:     (415) 315-6350
Email:          rocky.tsai@ropesgray.com

Attorneys for Defendant Late July Snacks LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated, <br><br>              Plaintiffs, <br><br>    v. <br><br> LATE JULY SNACKS LLC, <br><br>              Defendant. | Case No. 13-cv-4324-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT LATE JULY SNACKS LLC TO RESPOND TO AMENDED COMPLAINT** |

WHEREAS, Plaintiffs' original complaint in the above-entitled action was served on Defendant Late July Snacks LLC ("Defendant") on October 9, 2013;

WHEREAS, Plaintiffs and Defendant previously agreed, by stipulation filed on October 14, 2013, to extend the time for Defendant to answer or otherwise respond to the Complaint to November 29, 2013;

WHEREAS, Defendant filed a motion to dismiss Plaintiffs' complaint on November 27, 2013;

WHEREAS, on November 27, 2013, the Court issued a notice setting the following dates:  Plaintiffs' reply to Defendant's motion to dismiss due on December 18, 2013; hearing on motion to dismiss set for February 6, 2014 at 1:30 p.m.; Case Management Statement due by February 20, 2013; and Case Management Conference reset from January 2, 2013 to February 27, 2014 at 9:00 a.m.;

WHEREAS, on November 4, 2013, Plaintiffs filed a notice of intent to file an amended complaint (the "Amended Complaint");

WHEREAS, Plaintiffs filed their Amended Complaint on December 18, 2013, in lieu of a response to Defendant's motion to dismiss;

WHEREAS, the Amended Complaint is nearly three times as long as the original complaint and contains thirteen causes of action, in contrast to the original complaint's two causes of action;

WHEREAS, in light of the expanded length and added legal complexity of the Amended Complaint, as well as the upcoming holidays and counsel's pre-existing travel plans related to the holidays, Plaintiffs and Defendant have agreed to extend the time for Defendant to answer or otherwise respond to the Amended Complaint to February 3, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED pursuant to Civil Local Rule 6-1(a), by and between the parties to this action per their undersigned counsel, that the deadline for Defendant to answer or otherwise respond to the Amended Complaint is hereby extended to February 3, 2014.

| | |
|---|---|
| 1 | Dated:    December 20, 2013 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated:    December 20, 2013 |

By:      /s/ Rocky C. Tsai

Rocky C. Tsai

Attorneys for Defendant
LATE JULY SNACKS LLC

By:      /s/ Ben F. Pierce Gore

Ben F. Pierce Gore

Attorneys for Plaintiffs

1    **[PROPOSED] ORDER**

2    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3

4    Dated:   1/2/14  _____   _____

5                                                Honorable Edward M. Chen

6                                                U.S. District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28