Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

David Shelton (*pro hac vice*)
1223 Jackson Avenue East, Suite 202
P.O. Box 2541
Oxford, MS  38655
Telephone:  (662) 281-1212 (direct dial)
Fax:  (662) 281-1312
david@davidsheltonpllc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>    v.<br><br>LATE JULY SNACKS LLC,<br><br>             Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE** |

WHEREAS, Plaintiffs and Defendant Late July Snacks LLC ("Defendant") previously agreed, by stipulation, to extend the time for Defendant to answer or otherwise respond to the Plaintiffs' Amended Complaint (Doc. #27), and the Court signed an order granting the stipulation (Doc. #29);

WHEREAS, Defendant filed a Motion to Dismiss on February 3, 2014 (Doc. #32);

WHEREAS, Defendant's Motion to Dismiss is thirty (30) pages long, pursuant to the Court's order granting in part the Motion for Leave to File Excess Pages (Doc. #31), which also permitted Plaintiffs to file an opposition up to thirty (30) pages long;

WHEREAS, Defendant also filed a Request for Judicial Notice with numerous exhibits (Doc. # 33-44);

WHEREAS, in light of the expanded length of the Motion to Dismiss, as well as counsel's pre-existing obligations in February and March, Plaintiffs and Defendant have agreed to extend the time for Plaintiffs to respond to Defendant's Motion to Dismiss to March 4, 2014, and also extend Defendant's time to reply until March 25, 2014;

WHEREAS, the proposed amended briefing schedule would still require all briefing to be completed in advance of the hearing on the Motion to Dismiss, which is currently set for April 3, 2014; (motion hearing is reset for 4/17/14 at 1:30 p.m.)

WHEREAS, the parties have agreed to request that the Case Management Conference currently scheduled for February 27, 2014 be moved to after the hearing on the Motion to Dismiss (the parties understand that the Court would be available on April 24, 2014 for the rescheduled Case Management Conference);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED pursuant to Civil Local Rule 6-1(a), by and between the parties to this action per their undersigned counsel, that the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss will be March 4, 2014 and the deadline for Defendant to reply in support of its Motion to Dismiss will be March 25, 2014, and that the Case Management Conference for this matter shall be re-set for April 24, 2014. 5/15/14 at 10:30 a.m.  A joint CMC statement shall be filed by 5/8/14.

1  Dated:   February 13, 2014          By:     /s/ Rocky C. Tsai

2                                              _____

3                                              Rocky C. Tsai
                                               Attorneys for Defendant
4                                              LATE JULY SNACKS LLC

5

6  Dated:   February 13, 2014          By:     /s/ Ben F. Pierce Gore
                                               _____
7
                                               Ben F. Pierce Gore
8                                              Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE**
**Case No. 13-cv-4324-EMC**

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. (as modified on p. 1)

Dated: _____2/14/14_____      _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen