POLLACK SOLOMON DUFFY LLP
JOSHUA L. SOLOMON (admitted *pro hac vice*)
133 Federal Street
Boston, MA  02110
Telephone:     (617) 439-9800
Email:         jsolomon@psdfirm.com

ROPES & GRAY LLP
ROCKY C. TSAI (CA Bar No. 221452)
Three Embarcadero Center, Ste. 300
San Francisco, CA  94111-4006
Telephone:     (415) 315-6300
Facsimile:     (415) 315-6350
Email:         rocky.tsai@ropesgray.com

Attorneys for Defendant Late July Snacks LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>LATE JULY SNACKS LLC,<br><br>          Defendant. | Case No. 13-cv-4324-EMC<br><br>**AMENDED STIPULATION AND [~~PROP~~OSED] ORDER REGARDING CONTINUANCE OF HEARING ON MOTION TO DISMISS** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, the hearing on Defendant Late July Snacks LLC's ("Defendant") motion to dismiss the Plaintiffs' First Amended Complaint is currently scheduled for April 18, 2014, at 2:00 p.m. PST;

WHEREAS, lead counsel for Defendant has recently learned that a family member will likely pass away this week, such that he will be unable to appear at the April 18, 2014 hearing as previously scheduled;

WHEREAS, the parties have agreed to request that the April 18, 2014 hearing be continued given this situation;

WHEREAS, on April 15, 2014, the parties filed a stipulation and proposed order that erroneously requested that the April 18, 2014 hearing be continued to May 12, 2014, whereas in fact that parties intended to request that the hearing be continued to May 22, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED pursuant to Civil Local Rule 6-1, by and between the parties to this action per their undersigned counsel, that the hearing on Defendant's motion to dismiss the Plaintiffs' First Amended Complaint shall be continued to May 22, 2014, at 1:30 p.m. PST.

Respectfully submitted.

Dated:   April 15, 2014             By:       /s/ Rocky C. Tsai

                                    _____

                                    Rocky C. Tsai
                                    Attorneys for Defendant
                                    LATE JULY SNACKS LLC

Dated:   April 15, 2014             By:     /s/ Ben F. Pierce Gore

                                    _____

                                    Ben F. Pierce Gore
                                    Attorneys for Plaintiffs

**STIPULATION AND PROPOSED ORDER REGARDING RESCHEDULING OF MOTION TO DISMISS HEARING**
**Case No. 13-cv-4324-EMC**

**[PROPOSED] ORDER**

1
2          PURSUANT TO STIPULATION, IT IS ORDERED that the hearing on Defendant's
3   motion to dismiss the Plaintiffs' First Amended Complaint is hereby continued to May 22,
4   2014, at 1:30 p.m. PST.
5
6   Dated: _____4/15/14_____          UNITED STATES DISTRICT COURT
7                                        NORTHERN DISTRICT OF CALIFORNIA
8                                        IT IS SO ORDERED
9
10                                       Judge Edward M. Chen
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND PROPOSED ORDER REGARDING RESCHEDULING OF MOTION TO DISMISS HEARING**
**Case No. 13-cv-4324-EMC**