| | |
|---|---|
| 1 | POLLACK SOLOMON DUFFY LLP |
| | JOSHUA L. SOLOMON (admitted *pro hac vice*) |
| 2 | 133 Federal Street |
| | Boston, MA  02110 |
| 3 | Telephone:     (617) 439-9800 |
| | Email:          jsolomon@psdfirm.com |
| 4 | |
| | ROPES & GRAY LLP |
| 5 | ROCKY C. TSAI (CA Bar No. 221452) |
| | Three Embarcadero Center, Ste. 300 |
| 6 | San Francisco, CA  94111-4006 |
| | Telephone:     (415) 315-6300 |
| 7 | Facsimile:      (415) 315-6350 |
| | Email:          rocky.tsai@ropesgray.com |
| 8 | |
| | Attorneys for Defendant Late July Snacks LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated, | Case No. 13-cv-4324-EMC |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | |
| LATE JULY SNACKS LLC, | |
| Defendant. | |

**STIPULATION AND PROPOSED ORDER REGARDING RESCHEDULING OF INITIAL CMC**
**Case No. 13-cv-4324-EMC**

1  WHEREAS, on April 15, 2014, the Court granted the parties' stipulated proposed order continuing the hearing on Defendant Late July Snacks LLC's ("Defendant") motion to dismiss the Plaintiffs' First Amended Complaint to May 22, 2014 at 1:30 p.m. PST;

WHEREAS, the initial Case Management Conference in this action is currently scheduled for May 15, 2014, at 10:30 a.m. PST, which was after the original date for the motion to dismiss hearing, but now would be prior to the motion to dismiss hearing;

WHEREAS, for purposes of judicial efficiency, the parties have agreed to request that the Case Management Conference currently scheduled for May 15, 2014 be moved to June 19, 2014 at 10:30 a.m. PST;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED pursuant to Civil Local Rule 6-1, by and between the parties to this action per their undersigned counsel, that the initial Case Management Conference for this matter shall be re-set for June 19, 2014 at 10:30 a.m. PST.

Respectfully submitted.

Dated: April 24, 2014    By:    /s/ Rocky C. Tsai

Rocky C. Tsai
Attorneys for Defendant
LATE JULY SNACKS LLC

Dated: April 24, 2014    By:    /s/ Ben F. Pierce Gore

Ben F. Pierce Gore
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS ORDERED that the initial Case Management |
| 3 | Conference for this matter shall be continued to June 19, 2014 at 10:30 a.m. PST. |
| 4 | |
| 5 | Dated: 4/25/14 |
| 6 | Honorable _____ <br> _____ |



STIPULATION AND PROPOSED ORDER REGARDING RESCHEDULING OF INITIAL CMC
Case No. 13-cv-4324-EMC