1  PRATT & ASSOCIATES
   Ben F. Pierce Gore (SBN 128515)
2  1871 The Alameda, Suite 425
   San Jose, CA 95126
3  Telephone: (408) 429-6506
   Fax: (408) 369-0752
4  pgore@prattattorneys.com
   *Attorneys for Plaintiffs*
5
   POLLACK SOLOMON DUFFY LLP
6  JOSHUA L. SOLOMON (admitted *pro hac vice*)
   133 Federal Street, Suite 902
7  Boston, MA 02492
   Telephone:    (617) 439-9800
8  Fax:          (617) 960-0557
   Email:        jsolomon@psdfirm.com
9
   ROPES & GRAY LLP
10 ROCKY C. TSAI (CA Bar No. 221452)
   Three Embarcadero Center, Ste. 300
11 San Francisco, CA 94111-4006
   Telephone:    (415) 315-6300
12 Facsimile:    (415) 315-6350
   Email:        rocky.tsai@ropesgray.com
13 *Attorneys for Defendant Late July Snacks LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LATE JULY SNACKS LLC,<br><br>Defendant. | Case No. 13-cv-4324-EMC<br><br>**JOINT CMC STATEMENT** |

**JOINT CMC STATEMENT**
Case No. 13-cv-4324-EMC

|   |   |
|---|---|
| 1 | Plaintiffs Mary Swearingen and Robert Figy, along with defendant Late July Snacks |
| 2 | LLC, submit this Joint CMC Statement pursuant to the Court's order on the record on May 22, |
| 3 | 2014 staying this action and directing the parties to submit a Joint CMC Statement by |
| 4 | November 6, 2014. |

Plaintiffs Mary Swearingen and Robert Figy, along with defendant Late July Snacks LLC, submit this Joint CMC Statement pursuant to the Court's order on the record on May 22, 2014 staying this action and directing the parties to submit a Joint CMC Statement by November 6, 2014.

As of the date of this filing, the FDA has not issued further information concerning its consideration of the use of the term "evaporated cane juice" ("ECJ").

The parties respectfully request that the Court maintain the stay in this case for an additional ninety days, as other Judges of this Court in stayed ECJ cases have recently done. *See Reese v. Odwalla, Inc.*, No. 13-cv-947-YGR (11/4/14 Order, docket No. 66) (extending stay for approximately 180 days); *Avila v. Green Valley Organics, L.P.*, No. 13-cv-00335-EJD (10/29/14 Order, docket No. 50) (extending stay of ECJ case by approximately 90 days); *Figy v. Lifeway Foods, Inc.*, No. 13-cv-04828-THE (10/21/14 Order, docket no. 46) (same); *Swearingen v. Pacific Foods of Oregon, Inc.*, No. 13-cv-04157-JD (10/14/14 Order, docket No. 40) (same).

In light of this joint request, the parties further respectfully request that the Court continue the CMC currently scheduled for November 13, 2014 to February 12, 2015 (approximately 90 days) or to a date thereafter when the Court is available.

**JOINT CMC STATEMENT**
**Case No. 13-cv-4324-EMC**

Dated:  November 6, 2014              By:    /s/ Joshua L. Solomon

                                    Joshua L. Solomon (admitted *pro hac vice*)
                                    Attorneys for Defendant
                                    LATE JULY SNACKS LLC

Dated:  November 6, 2014              By:    /s/ Ben F. Pierce Gore

                                    Ben F. Pierce Gore
                                    Attorneys for Plaintiffs

IT IS SO ORDERED that the Further CMC is reset from 11/13/14 to 2/12/15 at 10:30 a.m.  An updated joint CMC Statement shall be filed by 2/5/15.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT CMC STATEMENT
Case No. 13-cv-4324-EMC