| | |
|---|---|
| 1 | PRATT & ASSOCIATES |
| 2 | Ben F. Pierce Gore (SBN 128515)<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126 |
| 3 | Telephone: (408) 429-6506<br>Fax: (408) 369-0752 |
| 4 | pgore@prattattorneys.com<br>*Attorneys for Plaintiffs* |

PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com
*Attorneys for Plaintiffs*

POLLACK SOLOMON DUFFY LLP
JOSHUA L. SOLOMON (admitted *pro hac vice*)
133 Federal Street, Suite 902
Boston, MA 02492
Telephone:   (617) 439-9800
Fax:         (617) 960-0557
Email:       jsolomon@psdfirm.com

ROPES & GRAY LLP
ROCKY C. TSAI (CA Bar No. 221452)
Three Embarcadero Center, Ste. 300
San Francisco, CA  94111-4006
Telephone:   (415) 315-6300
Facsimile:   (415) 315-6350
Email:       rocky.tsai@ropesgray.com
*Attorneys for Defendant Late July Snacks LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

LATE JULY SNACKS LLC,

    Defendant.

Case No. 13-cv-4324-EMC

**[~~Prop~~osed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1  Having considered the parties' Joint CMC Statement submitted pursuant to this Court's

2  November 10, 2014 order, and good cause appearing therefor,

3  **IT IS HEREBY ORDERED** that the CMC currently set for February 12, 2015 is

4  continued to ___5/14/15 (10:30)___ The parties shall file a joint CMC statement by ___5/7/15___.

5  The stay of this action shall remain in place, and the parties shall notify the Court to advance the

6  CMC if, prior to the CMC, the FDA issues a ruling on the FDA draft guidance at issue in this

7  matter.

8  **IT IS SO ORDERED.**

9  
10  
11  Dated: ___2/6/15___   _____
12                                                            Judge Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

[Proposed] Order Continuing Case Management Conference
Case No. 13-cv-4324-EMC