1

2

3

4

5                             UNITED STATES DISTRICT COURT

6                            NORTHERN DISTRICT OF CALIFORNIA

7

8    MARY SWEARINGEN, *et al.*,                    No. C-13-4324 EMC

9              Plaintiffs,

10        v.                                        **ORDER REGARDING FOOD AND
                                                    DRUG ADMINISTRATION ACTION**
11   LATE JULY SNACKS LLC,                          **AND REFERRAL TO COMMISSIONER**

12             Defendant.

13   _____/

14

15        This case has been stayed since May 29, 2014, pending the FDA's decision after it reopened

16   the comment period regarding whether "evaporated cane juice" (ECJ) is a common or usual name

17   for sugar.  *See* Docket No. 69.  Pursuant to 21 C.F.R. section 10.25(c), this Court requests the

18   Commissioner to inform the Court whether a final determination regarding ECJ "is feasible within

19   agency priorities and resources."  *See* 21 C.F.R. § 10.25(c) (providing that the "Commissioner will

20   institute a proceeding to determine whether to . . . tak[e] any [] form of administrative action" while

21   this court "holds in abeyance" its proceedings if the "Commissioner concludes that an administrative

22   determination is feasible within agency priorities and resources").  In particular, the Court would

23   like to know if the FDA is likely to issue any further guidance regarding ECJ within the next 180

24   ///

25   ///

26   ///

27   ///

28   ///

**United States District Court**
For the Northern District of California

days.  Plaintiffs are directed to serve a copy of this Order on the Commissioner of the FDA within fourteen (14) days of the date of this order.  Plaintiffs are also directed to file a proof of service after serving the Commissioner.

      IT IS SO ORDERED.

Dated:  May 15, 2015

_____
EDWARD M. CHEN
United States District Judge