# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 15, 2015        **Time:** 10:44-10:52        **Judge:** EDWARD M. CHEN

**Case No.:** 13-cv-04324-EMC        **Case Name:** Swearingen et al. v. Late July Snacks LLC
& Case 13-cv-04385 EMC                                   Swearingen et al. v. Healthy Beverage, et al.

**Attorney for Plaintiff:**     Pierce Gore

**Attorney for Defendant:**     Joshua Solomon and Rocky Tsai for Late July Snacks
                                Mike Eidel for Healthy Beverage

**Deputy Clerk:** Betty Lee        **Court Reporter:** N/A

## PROCEEDINGS

Further CMC

## SUMMARY

The Court continued the stay until next CMC.  The Court will issue an order seeking status update from FDA in early March, 2016.

Further CMC is set for 4/7/16 at 10:30 a.m.  An updated joint CMC statement shall be filed by 3/31/16.