| | |
|---|---|
| 1 | POLLACK SOLOMON DUFFY LLP |
| | JOSHUA L. SOLOMON (admitted *pro hac vice*) |
| 2 | 133 Federal Street |
| | Boston, MA  02110 |
| 3 | Telephone:   (617) 439-9800 |
| | Email:          jsolomon@psdfirm.com |
| 4 | |
| | ROPES & GRAY LLP |
| 5 | ROCKY C. TSAI (CA Bar No. 221452) |
| | Three Embarcadero Center, Ste. 300 |
| 6 | San Francisco, CA  94111-4006 |
| | Telephone:   (415) 315-6300 |
| 7 | Facsimile:    (415) 315-6350 |
| | Email:          rocky.tsai@ropesgray.com |
| 8 | |
| | Attorneys for Defendant Late July Snacks LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>LATE JULY SNACKS LLC,<br><br>     Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Edward M. Chen<br>Current CMC Date:  April 7, 2016 |

1 | Subject to the Court's approval, the parties hereto stipulate as follows:

2 | WHEREAS, on October 16, 2015, this Court scheduled a Case Management Conference ("CMC") for April 7, 2016 [Dkt. 85];

WHEREAS, on March 11, 2016, the Court issued an Order in this action requesting that the FDA Commissioner inform the Court whether the FDA is likely to issue any further guidance regarding evaporated cane juice within the next 180 days [Dkt. 86];

WHEREAS, the parties seek to continue the CMC for approximately thirty (30) days to give the FDA additional time to respond to the Court's March 11, 2016 Order;

WHEREAS, the parties in *Swearingen & Figy v. Healthy Beverage, LLC and The Healthy Beverage Company*, 13-cv-04385 EMC, which is also before this Court and in which a CMC is also scheduled for April 7, 2016, have filed a motion seeking the same continuance; and

WHEREAS, the continuance shall be without prejudice to application for a further continuance in this matter;

The parties stipulate that:

1. The Case Management Conference shall be scheduled for May 5, 2016 at ~~9:30~~ 10:30 a.m., or on such further date as the Court orders; and

2. The parties shall submit a Joint Case Management Statement on or before April 28, 2016 or on such further date that is seven days before the CMC.

Dated: March 24, 2016           By:     /s/ Rocky C. Tsai
                                        Rocky C. Tsai
                                        Attorneys for Defendant
                                        LATE JULY SNACKS LLC

Dated: March 24, 2016           By:     /s/ Ben F. Pierce Gore
                                        Ben F. Pierce Gore
                                        Attorneys for Plaintiffs

|     |     |
| --- | --- |
| 1   | [~~PROPOSED~~] ORDER |
| 2   | **PURSUANT TO STIPULATION, IT IS SO ORDERED**.  (as modified above) |
| 3   |     |
| 4   | Dated: 3/25/16 |
| 5   |     |
| 6   | Honorable Edward M. Chen |

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**Case No. 13-cv-4324-EMC**