| | |
|---|---|
| PRATT & ASSOCIATES<br>BEN F. PIERCE GORE (SBN 128515)<br>1871 The Alameda, Suite 425<br>San Jose, CA  95126<br>Telephone: (408) 429-6506<br>Email: pgore@prattattorneys.com<br>*Attorneys for Plaintiffs Mary Swearingen and Robert Figy* | POLLACK SOLOMON DUFFY LLP<br>JOSHUA L. SOLOMON (admitted pro hac vice)<br>133 Federal Street<br>Boston, MA  02110<br>Telephone: (617) 439-9800<br>Email: jsolomon@psdfirm.com<br><br>ROPES & GRAY LLP<br>ROCKY C. TSAI (CA Bar No. 221452)<br>Three Embarcadero Center, Ste. 300<br>San Francisco, CA  94111-4006<br>Telephone: (415) 315-6300<br>Email: rocky.tsai@ropesgray.com<br>*Attorneys for Defendant Late July Snacks LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>LATE JULY SNACKS LLC,<br><br>            Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Edward M. Chen<br>Current CMC Date:  June 23, 2016 |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on June 1, 2016, this Court reset the Case Management Conference ("CMC") previously scheduled for September 8, 2016 to June 23, 2016 [Dkt. 93];

WHEREAS, counsel have pre-existing conflicts on the rescheduled date; and

WHEREAS, the parties have conferred and determined that July 28, 2016 is available for counsel in this action as well as counsel in *Swearingen v. Healthy Beverage, LLC*, 13-043858, in which a Case Management Conference was also scheduled for June 23, 2016;

The parties stipulate and respectfully request that:

1. The CMC currently scheduled for June 23, 2016 be rescheduled for July 28, 2016, (10:30am) or a date thereafter on which the Court is available; and

2. The parties shall submit a Joint Case Management Statement at least seven days prior to the rescheduled CMC date.

Dated: June 7, 2016         By:    /s/ Joshua L. Solomon
                                   Joshua L. Solomon
                                   Attorneys for Defendant
                                   LATE JULY SNACKS LLC

Dated: June 7, 2016         By:    /s/ Ben F. Pierce Gore
                                   Ben F. Pierce Gore
                                   Attorneys for Plaintiffs

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
Case No. 13-cv-4324-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PR~~OPO~~OSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. (modified above)

Dated: _____6/10/16_____   _____
                              Honorable Edward M. Chen
                              U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**Case No. 13-cv-4324-EMC**