| | |
|---|---|
| SHELTON DAVIS PLLC | POLLACK SOLOMON DUFFY LLP |
| David Shelton (admitted *pro hac vice*) | Joshua L. Solomon (admitted *pro hac vice*) |
| 1223 Jackson Avenue East, Suite 202 | 133 Federal Street, Suite 902 |
| Oxford, MA 38655 | Boston, MA 02492 |
| Telephone: (662) 281-1212 | Telephone: (617) 439-9800 |
| Email: david@sheltondavispllc.com | Email: jsolomon@psdfirm.com |
| | |
| PRATT & ASSOCIATES | ROPES & GRAY LLP |
| Ben F. Pierce Gore (SBN 128515) | Rocky C. Tsai (CA Bar No. 221452) |
| 1871 The Alameda, Suite 425 | Three Embarcadero Center, Ste. 300 |
| San Jose, CA 95126 | San Francisco, CA 94111-4006 |
| Telephone: (408) 429-6506 | Telephone:(415) 315-6300 |
| Email: pgore@prattattorneys.com | Email: rocky.tsai@ropesgray.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Late July Snacks LLC* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>LATE JULY SNACKS LLC,<br><br>                    Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION AND [P**~~ROPOS~~**ED] ORDER LIFTING STAY, SETTING SCHEDULE, AND ADJOURNING CMC**<br><br>Judge:  Hon. Edward M. Chen<br>Current CMC Date:  June 23, 2016 |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on May 26, 2016, the FDA issued a guidance titled, "Ingredients Declared as Evaporated Cane Juice: Guidance for Industry";

WHEREAS, The parties agree that the stay currently in place, based on the primary jurisdiction doctrine, is no longer necessary in light of the May 26 Guidance; and

WHEREAS, the parties have conferred and agreed upon the appropriate next steps and schedule for resumption of this action;

The parties stipulate and respectfully request that the Court enter an order as follows:

1. The stay previously imposed in this action is lifted;

2. Plaintiffs are granted leave to file, and shall file by August 31, 2016, a Second Amended Complaint;

3. Leave to file the Second Amended Complaint is without prejudice to any defenses Late July may have to the Second Amended Complaint, including but not limited to defenses under Fed. R. Civ. P. 12(b)(1) and 12(b)(6);

4. To accommodate defense counsel's trial schedule in September, Late July shall respond to the Second Amended Complaint by answer or motion by October 31, 2016; and

5. The CMC currently scheduled for July 28, 2016 is a~~djourned~~. `reset for 11/17/16 at 10:30 a.m.  An updated joint CMC statement shall be filed by 11/10/16.`

Dated: July 21, 2016      By:      /s/ Joshua L. Solomon
                                   Joshua L. Solomon
                                   Attorney for Defendant
                                   LATE JULY SNACKS LLC


Dated: July 21, 2016      By:      /s/ David Shelton
                                   David Shelton
                                   Attorney for Plaintiffs

|   |   |
|---|---|
| 1 | [PR~~OP~~OSED] ORDER |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified above) |
| 4 | Dated: _____7/22/16_____   _____ |
| 5-6 | Honorable Edward M. Chen<br>U.S.D.J. |

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
Case No. 13-cv-4324-EMC