1

SHELTON DAVIS PLLC
David Shelton (admitted *pro hac vice*)
1223 Jackson Avenue East, Suite 202
Oxford, MA 38655
Telephone: (662) 281-1212
Email: david@sheltondavispllc.com

POLLACK SOLOMON DUFFY LLP
Joshua L. Solomon (admitted *pro hac vice*)
133 Federal Street, Suite 902
Boston, MA 02492
Telephone: (617) 439-9800
Email: jsolomon@psdfirm.com

PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Email: pgore@prattattorneys.com

ROPES & GRAY LLP
Rocky C. Tsai (CA Bar No. 221452)
Three Embarcadero Center, Ste. 300
San Francisco, CA 94111-4006
Telephone:(415) 315-6300
Email: rocky.tsai@ropesgray.com

*Attorneys for Plaintiffs*

*Attorneys for Defendant Late July Snacks LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LATE JULY SNACKS LLC,<br><br>Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Judge: Hon. Edward M. Chen<br>Current CMC Date: November 18, 2017 |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on October 31, 2016, Late July filed a motion to dismiss the Second Amended complaint in this action, which set February 16, 2017 as the date for hearing the motion;

WHEREAS, on October 31, 2016, Healthy Beverage, LLC filed a motion to dismiss the Second Amended complaint, also setting a hearing date of February 16, 2017, in the action captioned *Swearingen et al v. Healthy Beverage, LLC*, 13-cv-04385, which is also pending before this Court, asserts claims relating to the use of "evaporated cane juice," and is currently on the same schedule as this action;

WHEREAS, a CMC is currently scheduled for November 18, 2016 in both this matter and the *Healthy Beverage* matter; and

WHEREAS, the parties to this action and the *Healthy Beverage* action have all conferred and agree that conducting the CMCs prior to the completion of briefing and a hearing on the motions to dismiss is unlikely to advance these matters or to be an efficient use of the Court's or the parties' resources;

The parties stipulate and respectfully request that the Court enter an order as follows:

1. Adjourning the November 18, 2016 CMC until February 16, 2017, or a date thereafter that is convenient for the Court;

2. Setting a deadline of December 16, 2016 for Plaintiffs to file their opposition to the motion to dismiss; and

3. Setting a deadline of January 16, 2017 for Late July to file its reply in response to Plaintiffs' opposition to the motion to dismiss.

1

2   Dated: October 31, 2016                    By:   /s/ Joshua L. Solomon

3                                                    Joshua L. Solomon

4                                                    Attorney for Defendant
                                                     LATE JULY SNACKS LLC
5

6   Dated: October 31, 2016                    By:   /s/ Ben F. Pierce Gore

7                                                    Ben F. Pierce Gore
                                                     Attorney for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Further CMC reset from 11/18/16 to 2/16/17 at 1:30 p.m.  Updated joint CMC statement due 2/9/17.

Dated: _____11/1/16_____   _____

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING
SCHEDULE ON MOTION TO DISMISS
Case No. 13-cv-4324-EMC