| | POLLACK SOLOMON DUFFY LLP
JOSHUA L. SOLOMON (admitted *pro hac vice*)
133 Federal Street
Boston, MA 02110
Telephone: (617) 439-9800
Email: jsolomon@psdfirm.com

ROPES & GRAY LLP
ROCKY C. TSAI (CA Bar No. 221452)
Three Embarcadero Center, Ste. 300
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350
Email: rocky.tsai@ropesgray.com

Attorneys for Defendant Late July Snacks LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LATE JULY SNACKS LLC,<br><br>　　　　　　Defendant. | Case No. 13-cv-4324-EMC　~~DENIED~~<br><br>**STIPULATION AND [PRO̷POSED] ORDER G~~RANTING~~ JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING**<br><br>**CIVIL L.R. 7-11**<br><br>Honorable Edward M. Chen |

WHEREAS, on May 2, 2017, this Court issued an Order dismissing the claims of plaintiffs Mary Swearingen and Robert Figy ("Plaintiffs") against Healthy Beverage, LLC in the case captioned *Swearingen et al. v. Healthy Beverage, LLC et al.*, Case No. 3:13-cv-04385-EMC ("*Healthy Beverage*");

WHEREAS, the plaintiffs in *Healthy Beverage* are the same two Plaintiffs who bring this action;

WHEREAS, the proposed concise supplemental submission set forth below would address the significance of the Court's holding on these two Plaintiffs' ability to state a plausible claim in this Action, as well as the further significance of this holding with respect to the requirements of Rule 9(b).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendant, through their respective counsel of record, as follows:

1. Defendant shall submit a supplemental brief of no more than three pages regarding the impact of the *Healthy Beverage* decision on the issues in this Action by no later than one week following the date of the Court's order permitting supplemental briefing;

2. Plaintiffs shall submit a response brief of no more than three pages no later than one week following the date of filing of Defendant's supplemental brief.

IT IS SO STIPULATED.

Dated: May 4, 2017          ROPES & GRAY LLP

By: /s/ Rocky C. Tsai
_____
    Rocky C. Tsai

Attorneys for Defendant Late July Snacks LLC


By: /s/ Ben F. Pierce Gore
_____

Ben F. Pierce Gore

Attorneys for Plaintiffs Mary Swearingen and Robert Figy

I attest that concurrence in the filing of this document has been obtained from plaintiffs' counsel whose conformed signature is set forth above.

/s/ Rocky C. Tsai
_____

Rocky C. Tsai

**[PR~~OPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED as follows:

1. Defendant shall submit a supplemental brief of no more than three pages regarding the impact of this Court's *Healthy Beverage* decision on the issues in this Action by no later than one week following the date of the Court's order permitting supplemental briefing;

2. Plaintiffs shall submit a response brief of no more than three pages no later than one week following the date of filing of Defendant's supplemental brief.

```
Denied.
```

Dated: 5/5/17

