| | |
|---|---|
| SHELTON DAVIS PLLC | POLLACK SOLOMON DUFFY LLP |
| David Shelton (admitted *pro hac vice*) | Joshua L. Solomon (admitted *pro hac vice*) |
| 1223 Jackson Avenue East, Suite 202 | 133 Federal Street, Suite 902 |
| Oxford, MA 38655 | Boston, MA 02492 |
| Telephone: (662) 281-1212 | Telephone: (617) 439-9800 |
| Email: david@sheltondavispllc.com | Email: jsolomon@psdfirm.com |
| | |
| PRATT & ASSOCIATES | ROPES & GRAY LLP |
| Ben F. Pierce Gore (SBN 128515) | Rocky C. Tsai (CA Bar No. 221452) |
| 1871 The Alameda, Suite 425 | Three Embarcadero Center, Ste. 300 |
| San Jose, CA 95126 | San Francisco, CA 94111-4006 |
| Telephone: (408) 429-6506 | Telephone:(415) 315-6300 |
| Email: pgore@prattattorneys.com | Email: rocky.tsai@ropesgray.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Late July Snacks LLC* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LATE JULY SNACKS LLC,<br><br>Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Edward M. Chen |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on May 5, 2017, the Court issued an order granting in part and denying in part Late July's motion to dismiss, which provided plaintiffs with 30 days to file a third amended complaint;

WHEREAS, on June 2, 2017, plaintiffs filed their Third Amended complaint, which filing establishes, pursuant to Fed. R. Civ. P. 15(a)(3), a deadline of June 16, 2017 for Late July to respond to the complaint; and

WHEREAS, the parties have agreed, in light of the length of the complaint, the nature of the amendments, and the Court's allowance of 30 days for plaintiffs to prepare and file the amended complaint, that Late July should be permitted an additional two weeks to file a response to the Third Amended Complaint;

The parties stipulate and respectfully request that the Court enter an order setting June 30, 2017 as Late July's deadline to respond to the complaint by answer or appropriate motion.

Dated: June 9, 2017     By:     /s/ Joshua L. Solomon
                                Joshua L. Solomon
                                Attorney for Defendant
                                LATE JULY SNACKS LLC

Dated: June 9, 2017     By:     /s/ Ben F. Pierce Gore
                                Ben F. Pierce Gore
                                Attorney for Plaintiffs

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 3 | |
| 4 | Dated: 6/9/17 |
| 5 | |
| 6 | Honorable
U.S. District Judge Edward M. Chen |

*IT IS SO ORDERED*
Judge Edward M. Chen

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT**
Case No. 13-cv-4324-EMC