| | |
|---|---|
| SHELTON DAVIS PLLC<br>David Shelton (admitted *pro hac vice*)<br>1223 Jackson Avenue East, Suite 202<br>Oxford, MS 38655<br>Telephone: (662) 281-1212<br>Email: david@sheltondavispllc.com | POLLACK SOLOMON DUFFY LLP<br>Joshua L. Solomon (admitted *pro hac vice*)<br>133 Federal Street, Suite 902<br>Boston, MA 02492<br>Telephone: (617) 439-9800<br>Email: jsolomon@psdfirm.com |
| PRATT & ASSOCIATES<br>Ben F. Pierce Gore (SBN 128515)<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126<br>Telephone: (408) 429-6506<br>Email: pgore@prattattorneys.com | ROPES & GRAY LLP<br>Rocky C. Tsai (CA Bar No. 221452)<br>Three Embarcadero Center, Ste. 300<br>San Francisco, CA 94111-4006<br>Telephone: (415) 315-6300<br>Email: rocky.tsai@ropesgray.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Late July Snacks LLC* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LATE JULY SNACKS LLC,<br><br>Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Edward M. Chen<br>Current CMC Date: July 27, 2017 |

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**
**Case No. 13-cv-4324-EMC**

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on June 30, 2017, Defendant Late July Snacks LLC ("Late July") filed a Motion to Dismiss Plaintiffs' Third Amended Complaint (the "Motion"), which set September 14, 2017 as the hearing date;

WHEREAS, Plaintiffs' response to Late July's Motion is due on July 14, 2017, and Late July's reply is due on July 21, 2017;

WHEREAS, due to the Fourth of July holiday and scheduling conflicts, Plaintiffs' counsel needs additional time to respond to Late July's Motion;

WHEREAS, a case management conference is currently scheduled on July 27, 2017; and

WHEREAS, the parties have conferred and agree that conducting the CMC prior to a hearing on Late July's Motion is unlikely to advance this action or to be an efficient use of the Court's or the parties' resources;

The parties stipulate and respectfully request that the Court enter an order as follows:

1. Adjourning the July 27, 2017 CMC until September 14, 2017, or a date thereafter that is convenient for the Court;
2. Setting a deadline of July 28, 2017 for Plaintiffs to respond to the Motion; and
3. Setting a deadline of August 18, 2017 for Late July to file its reply brief.

Dated: July 5, 2017      By:      */s/ Joshua L. Solomon*
Joshua L. Solomon
Attorney for Defendant
LATE JULY SNACKS LLC

Dated: July 5, 2017      By:      */s/ Pierce Gore*
Pierce Gore
Attorney for Plaintiffs

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Further CMC reset for 9/14/17 at 1:30 p.m.

Dated: 7/10/17

Honorable Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen