| | |
|---|---|
| SHELTON DAVIS PLLC<br>David Shelton (admitted *pro hac vice*)<br>1223 Jackson Avenue East, Suite 202<br>Oxford, MS 38655<br>Telephone: (662) 281-1212<br>Email: david@sheltondavispllc.com | POLLACK SOLOMON DUFFY LLP<br>Joshua L. Solomon (admitted *pro hac vice*)<br>133 Federal Street, Suite 902<br>Boston, MA 02492<br>Telephone: (617) 439-9800<br>Email: jsolomon@psdfirm.com |
| PRATT & ASSOCIATES<br>Ben F. Pierce Gore (SBN 128515)<br>1871 The Alameda, Suite 425<br>San Jose, CA  95126<br>Telephone: (408) 429-6506<br>Email: pgore@prattattorneys.com | ROPES & GRAY LLP<br>Rocky C. Tsai (CA Bar No. 221452)<br>Three Embarcadero Center, Ste. 300<br>San Francisco, CA  94111-4006<br>Telephone:(415) 315-6300<br>Email: rocky.tsai@ropesgray.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Late July Snacks LLC* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>  v.<br><br>LATE JULY SNACKS LLC,<br><br>　　　　　　　Defendant. | Case No. 13-cv-4324-EMC<br><br>**JOINT CMC STATEMENT**<br><br>Judge:  Hon. Edward M. Chen<br>Hearing Date:  September 14, 2017 |

**JOINT CMC STATEMENT**
**Case No. 13-cv-4324-EMC**

Plaintiffs Robert Figy and Mary Swearingen, and Defendant Late July Snacks LLC, respectfully submit this joint CMC status report in advance of the September 14, 2017 hearing on Defendant's motion to dismiss.

As the Court is aware, this Court issued an opinion on May 5, 2017 granting in part and denying in part Late July's motion to dismiss the Second Amended Complaint, which granted Plaintiffs leave to file a Third Amended Complaint.

On June 2, 2017, Plaintiffs filed their Third Amended Complaint. Based on an agreed-upon schedule, Late July filed a motion to dismiss the Third Amended Complaint on June 30, 2017; Plaintiffs opposed that motion on July 28, 2017; and Late July filed its reply on August 18, 2017. The Court has scheduled a hearing on the motion to dismiss for September 14, 2017.

Due to the earlier stay of this action, the amendments of the complaint, and the motions to dismiss, this action remains at the pleadings stage. Pending the outcome of the pending motion to dismiss the Third Amended Complaint, including the Court's ruling with respect to certain class-wide allegations, Plaintiffs anticipate filing a motion for class certification. Defendant anticipates opposing any such motion if brought.

The parties respectfully suggest that they be directed to confer and jointly propose to the Court a schedule for any subsequent events based on, and within 14 days of, a ruling on the motion to dismiss.

Respectfully submitted

Dated: September 7, 2017        By:     /s/ Joshua L. Solomon
                                        Joshua L. Solomon
                                        Attorney for Defendant
                                        LATE JULY SNACKS LLC

Dated: September 7, 2017        By:     /s/ David Shelton
                                        David Shelton
                                        Attorney for Plaintiffs

**JOINT CMC STATEMENT**
**Case No. 13-cv-4324-EMC**