| | |
|---|---|
| SHELTON DAVIS PLLC | POLLACK SOLOMON DUFFY LLP |
| David Shelton (admitted *pro hac vice*) | Joshua L. Solomon (admitted *pro hac vice*) |
| 1223 Jackson Avenue East, Suite 202 | 133 Federal Street, Suite 902 |
| Oxford, MS 38655 | Boston, MA 02492 |
| Telephone: (662) 281-1212 | Telephone: (617) 439-9800 |
| Email: david@sheltondavispllc.com | Email: jsolomon@psdfirm.com |
| | |
| PRATT & ASSOCIATES | ROPES & GRAY LLP |
| Ben F. Pierce Gore (SBN 128515) | Rocky C. Tsai (CA Bar No. 221452) |
| 1871 The Alameda, Suite 425 | Three Embarcadero Center, Ste. 300 |
| San Jose, CA 95126 | San Francisco, CA 94111-4006 |
| Telephone: (408) 429-6506 | Telephone:(415) 315-6300 |
| Email: pgore@prattattorneys.com | Email: rocky.tsai@ropesgray.com |

*Attorneys for Plaintiffs*       *Attorneys for Defendant Late July Snacks LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LATE JULY SNACKS LLC,<br><br>Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen<br><br>Current CMC Date: October 26, 2017 |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on September 14, 2017, the Court conducted a hearing on Late July's motion to dismiss the third amended complaint, at which the Court scheduled a case management conference for five weeks from the hearing, so as to permit the parties adequate time to discuss a proposed case schedule and the potential for ADR after receiving the Court's decision on the motion to dismiss (at that time, the Court anticipated a decision on that motion in approximately one week);

WHEREAS, the parties agree that their efforts to confer on a case schedule and on the potential for ADR would be facilitated by a decision on the motion to dismiss and adequate time thereafter; and

WHEREAS, the motion to dismiss remains pending as of this date and thus the parties have agreed, subject to the Court's approval, that a continuance of the case management conference for approximately 30 days would result in a more efficient conference, increase the potential for them to agree on scheduling matters, and facilitate discussions of ADR;

The parties stipulate and respectfully request that the Court enter an order continuing the case management conference to November 30, 2017, or a date thereafter that is convenient for the Court, with a joint case management statement due one week in advance of the case management conference.

Dated: October 13, 2017        By:    /s/ Joshua L. Solomon
                                      Joshua L. Solomon
                                      Attorney for Defendant
                                      LATE JULY SNACKS LLC


Dated: October 13, 2017        By:    /s/ Ben F. Pierce Gore
                                      Ben F. Pierce Gore
                                      Attorney for Plaintiffs

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 10/16/17 _____

Honorable Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*