| | |
|---|---|
| SHELTON DAVIS PLLC<br>David Shelton (admitted *pro hac vice*)<br>1223 Jackson Avenue East, Suite 202<br>Oxford, MS 38655<br>Telephone: (662) 281-1212<br>Email: david@sheltondavispllc.com | POLLACK SOLOMON DUFFY LLP<br>Joshua L. Solomon (admitted *pro hac vice*)<br>133 Federal Street, Suite 902<br>Boston, MA 02492<br>Telephone: (617) 439-9800<br>Email: jsolomon@psdfirm.com |
| PRATT & ASSOCIATES<br>Ben F. Pierce Gore (SBN 128515)<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126<br>Telephone: (408) 429-6506<br>Email: pgore@prattattorneys.com | ROPES & GRAY LLP<br>Rocky C. Tsai (CA Bar No. 221452)<br>Three Embarcadero Center, Ste. 300<br>San Francisco, CA 94111-4006<br>Telephone: (415) 315-6300<br>Email: rocky.tsai@ropesgray.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Late July Snacks LLC* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LATE JULY SNACKS LLC,<br><br>    Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING PRIVATE MEDIATION**<br><br>Judge: Hon. Edward M. Chen |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, the parties previously informed the Court of their agreement to engage in private mediation of this matter;

WHEREAS, the Court set a deadline of March 29, 2018 to complete the mediation;

WHEREAS, the parties agreed upon a mediator and scheduled a mediation for March 22, 2018;

WHEREAS, plaintiffs' counsel has since concluded that, based on the stage of their preparations, a mediation is more likely to succeed if they are permitted a brief extension to complete certain work prior to the mediation;

WHEREAS, the parties and the mediator have agreed, subject to the Court's approval, to move their mediation to April 12, 2018.

The parties thus stipulate and respectfully request that the Court enter an order extending to April 12, 2018 the deadline for completing their mediation.

Dated: March 14, 2018     By:     /s/ Joshua L. Solomon
                                  Joshua L. Solomon
                                  Attorney for Defendant
                                  LATE JULY SNACKS LLC

Dated: March 14, 2018     By:     /s/ Ben F. Pierce Gore
                                  Ben F. Pierce Gore
                                  Attorney for Plaintiffs

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 | [PROPOSED] ORDER                                                |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**.                  |
| 3 |                                                                 |
| 4 | Dated:  3/14/18                                                 |
| 5 |                                                                 |
| 6 | Honorable Edward M. Chen                                        |
| 7 | U.S. District Judge                                             |

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA