SHELTON DAVIS PLLC
David Shelton (admitted *pro hac vice*)
1223 Jackson Avenue East, Suite 202
Oxford, MS 38655
Telephone: (662) 281-1212
Email: david@sheltondavispllc.com

PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Email: pgore@prattattorneys.com

*Attorneys for Plaintiffs*

POLLACK SOLOMON DUFFY LLP
Joshua L. Solomon (admitted *pro hac vice*)
101 Huntington Avenue, Suite 530
Boston, MA 02199
Telephone: (617) 439-9800
Email: jsolomon@psdfirm.com

ROPES & GRAY LLP
Rocky C. Tsai (CA Bar No. 221452)
Three Embarcadero Center, Ste. 300
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Email: rocky.tsai@ropesgray.com

*Attorneys for Defendant Late July Snacks LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>LATE JULY SNACKS LLC,<br><br>　　　　　　　　　Defendant. | Case No. 13-cv-4324-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Mary Swearingen and Robert Figy, and Defendant Late July Snacks LLC, hereby stipulate to the dismissal of all claims in this action with prejudice. The parties are to bear their own costs and attorneys' fees. All parties waive all rights of appeal.

Dated: April 30, 2018        By:    /s/    Joshua L. Solomon
                                    Joshua L. Solomon
                                    Attorney for Defendant
                                    LATE JULY SNACKS LLC

Dated: April 30, 2018        By:    /s/    David Shelton
                                    David Shelton
                                    Attorney for Plaintiffs

